1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    UNITED STATES OF AMERICA,                   NO. CR21-032-RSM

11                          Plaintiff,

12               v.

13                                                **FINAL ORDER OF FORFEITURE**

14    STANLEY STUBBS,

                              Defendant.
15

16

17        THIS MATTER comes before the Court on the United States' Motion for a Final

18    Order of Forfeiture ("Motion") for the following property ("Subject Firearm"):

19        • One Glock 36 .45 caliber pistol, SN DBZ372.

20      The Court, having reviewed the United States' Motion, as well as the other pleadings

21    and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is

22    appropriate because:

23        • On May 31, 2022, the Court entered a Preliminary Order of Forfeiture finding

24            the Subject Firearm forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. §

25            924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's

26            interest in it, Dkt. No. 103;

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   • Thereafter, the United States published notice of the pending forfeiture as

2     required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure

3     32.2(b)(6)(C), Dkt. No. 109, and provided direct notice to three potential

4     claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of

5     AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture, ¶ 2,

6     Exhibits A, B, & C; and

7   • The time for filing third-party claims has expired, and no additional claims

8     were filed for the Subject Firearm.

9   NOW, THEREFORE, THE COURT ORDERS:

10   1.   No right, title, or interest in the Subject Firearm exists in any party other

11 than the United States;

12   2.   The Subject Firearm is fully and finally condemned and forfeited, in its

13 entirety, to the United States; and

14   3.   The United States Department of Justice, the Drug Enforcement

15 Administration, and/or their representatives, are authorized to dispose of the Subject

16 Firearm as permitted by governing law.

17

18   IT IS SO ORDERED.

19

20   DATED this 21st day of April, 2023.

21

22

23     RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

24

25

26

27 ///

Final Order of Forfeiture - 2
*United States v. Stubbs,* CR21-032-RSM

1

2 Presented by:

3

4

5 *s/Jehiel I. Baer*
JEHIEL I. BAER

6 Assistant United States Attorney
United States Attorney's Office

7 700 Stewart Street, Suite 5220
Seattle, WA  98101

8 (206) 553-2242

9 Jehiel.Baer@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Final Order of Forfeiture - 3
*United States v. Stubbs,* CR21-032-RSM